UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

Case No. 8:07-cr-21-T-23TGW

v.

YOSVANI BROCHE-GONZALEZ
_____/

## THIRD PARTY CUSTODIAN ORDER

Upon finding that release by bond set by the Court will not by itself reasonably assure the appearance of the Defendant, it is hereby **ORDERED** that the Defendant shall be released on the condition below:

The above named Defendant is placed in the custody of:

(NAME) DANIEL MARTINEZ
(ADDRESS) 2121 San Gully Rd., Apt. #1, Lakeland, FL 33803
(TELEPHONE NUMBER) (863) 683-4157

who agrees (a) to supervise the Defendant in accordance with conditions set by this Court; (b) to use every effort to assure the appearance of the Defendant at all scheduled hearings before this Court; and (c) to notify this Court immediately in the event the Defendant violates any condition of his/her release or cannot be located.

_____
Signature of Custodian

### Acknowledgment by Defendant

I, __YOSVANI BROCHE-GONZALEZ__, understand the methods and conditions of my release and the penalties and forfeitures applicable in the event I violate any condition or fail to appear as required. I agree to comply fully with each of the obligations imposed upon my release and to notify the Court promptly in the event I change the address indicated below:

X _____          _____
Signature of Defendant                                           Address

_____          _____
Telephone Number                                                 City, State, Zip

**RELEASE ORDERED:**

_____
THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Dated: __2-6-07__

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                    Case No. 8:07-cr-21-T-23TGW

YOSVANI BROCHE-GONZALEZ
_____/

## THIRD PARTY CUSTODIAN ORDER

Upon finding that release by bond set by the Court will not by itself reasonably assure the appearance of the Defendant, it is hereby **ORDERED** that the Defendant shall be released on the condition below:

The above named Defendant is placed in the custody of:

(NAME) DANIEL MARTINEZ
(ADDRESS) 2121 San Gully Rd., Apt. #1, Lakeland, FL 33803
(TELEPHONE NUMBER) (863) 683-4157

who agrees (a) to supervise the Defendant in accordance with conditions set by this Court; (b) to use every effort to assure the appearance of the Defendant at all scheduled hearings before this Court; and (c) to notify this Court immediately in the event the Defendant violates any condition of his/her release or cannot be located.

_____
Signature of Custodian

### Acknowledgment by Defendant

I, __YOSVANI BROCHE-GONZALEZ__, understand the methods and conditions of my release and the penalties and forfeitures applicable in the event I violate any condition or fail to appear as required. I agree to comply fully with each of the obligations imposed upon my release and to notify the Court promptly in the event I change the address indicated below:

X __Yosvani Broche Gonzalez__          __6716 1st Road Lakeland FL__
Signature of Defendant                  Address

__863.815-0241__                        __L. FL 33801__
Telephone Number                        City, State, Zip

**RELEASE ORDERED:**

_____
THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Dated: __2-6-07__