# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| v. | (For Revocation of Probation or Supervised Release) |
| YOSVANI BROCHE-GONZALEZ | Case Number: 8:07-cr-21-T-23TGW |
| | USM Number: 49206-018 |
| | Defendant's Attorney: James Smith, AFPD |

The defendant does not contest committing, and is adjudged guilty of committing, the violations charged in numbered paragraphs one through nine of the September 29, 2008, petition (Doc. 857).

| Violation Number | Nature of Violation | Date Violation Ended |
|---|---|---|
| One | New criminal conduct, stalking | 05/20/08 |
| Two | New criminal conduct, violating injunction | 07/26/08 |
| Three | New criminal conduct, manufacturing marijuana | 08/20/08 |
| Four | New criminal conduct, leasing or possessing a dwelling with intent to manufacture or cultivate marijuana | 08/20/08 |
| Five | New criminal conduct, possessing marijuana | 08/20/08 |
| Six | New conviction, violating injunction | 08/20/08 |
| Seven | Possession controlled substance and drug paraphernalia | 08/20/08 |
| Eight | Frequenting location where drugs are illegally sold, used, distributed, or administered | 08/20/08 |
| Nine | Failure to follow probation officer's instructions | 07/02/08 |

The defendant's supervised release is **REVOKED**. The defendant is sentenced as provided in pages two through four of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984 in consideration of the factors specified in 18 U.S.C. § 3553(a), including applicable guidelines and policy statements issued by the United States Sentencing Commission.

The defendant must notify the United States attorney for this district within thirty (30) days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

October 3, 2008
Date of Imposition of Sentence

Steven D. Merryday
UNITED STATES DISTRICT JUDGE

October 7th, 2008
Date

DEFENDANT: YOSVANI BROCHE-GONZALEZ            Judgment - Page 2 of 4
CASE NUMBER: 8:07-cr-21-T-23TGW

## IMPRISONMENT

The defendant is committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **EIGHTEEN (18) MONTHS**.

___ The court makes the following recommendations to the Bureau of Prisons:

_X_ The defendant is remanded to the custody of the United States Marshal.

___ The defendant shall surrender to the United States Marshal for this district:

    ___ at _____ a.m.  p.m. on _____.

    ___ as notified by the United States Marshal.

___ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ___ before 2 p.m. on _____.

    ___ as notified by the United States Marshal.

    ___ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT:     YOSVANI BROCHE-GONZALEZ                     Judgment - Page 3 of 4
CASE NUMBER:   8:07-cr-21-T-23TGW

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **EIGHTEEN (18) MONTHS.**

The defendant shall report to the probation office in the district to which the defendant is released within seventy-two (72) hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not illegally possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed 104 tests per year.

**ALL CURRENT CONDITIONS OF SUPERVISION REMAIN IN EFFECT.**

AO 245D (Rev. 01/07) Judgment in a Criminal Case for Revocations         Sheet 3A — Supervised Release

| | |
|---|---|
| DEFENDANT:   YOSVANI BROCHE-GONZALEZ | Judgment - Page 4 of 4 |
| CASE NUMBER:   8:07-cr-21-T-23TGW | |

## ADDITIONAL SUPERVISED RELEASE TERMS

__X__   The defendant shall participate in a mental health treatment program and follow the probation officer's instructions regarding the implementation of this court directive. Further, the defendant shall be required to contribute to the costs of services for such treatment in an amount determined reasonable by the probation officer based on ability to pay or availability of third party payment and in conformance with the Probation Office's Sliding Scale for Mental Health Treatment Services.